JEFFREY K. STARNES
PAULETTE L. STEWART
Assistant U.S. Attorneys
U.S. Attorney's Office
119 1st Ave. North, Suite 300
Great Falls, MT 59403
Phone: (406) 771-2022
FAX: (406) 453-9973
Email: jeff.starnes@usdoj.gov
       paulette.stewart@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

APR 0 2 2025

Clerk, U.S. District Court
District of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTIN LOUISE MITCHELL,<br>*aka Kristin Louise Short*,<br>CARLOS ALEXIS PONCE-LOPEZ,<br>PORFIRIO ALEXANDER SUAREZ,<br>and<br>KLEDYBER GABRIEL DIAZ-RIVAS,<br><br>Defendants. | CR 25-34-GF-BMM<br><br>INDICTMENT<br><br>ATTEMPTED HARBORING OF ILLEGAL ALIENS (Count 1)<br>Title 8 U.S.C. § 1324(a)(1)(A)(iii)<br>(Penalty for each alien involved in the offense: Five years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>REENTRY OF REMOVED ALIEN (Count 2)<br>Title 8 U.S.C. §§ 1326(a) and 1329<br>(Penalty: Two years of imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

|  | **IMPROPER ENTRY BY ALIEN** <br> **(Counts 3-4)** <br> **Title 8 U.S.C. §§ 1325(a)(1) and 1329** <br> **(Penalty: Six months of imprisonment, $5,000 fine, and one year of supervised release)** |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That on or about March 4, 2025, near Shelby, within Toole County, in the State and District of Montana, the defendant, KRISTIN LOUISE MITCHELL, *aka Kristin Louise Short*, knowing and in reckless disregard of the fact that certain aliens had come to, entered, and remained in the United States in violation of law, did attempt to conceal, harbor, and shield from detection any such alien in any place, including any building and any means of transportation, and took a substantial step towards that offense, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii).

## COUNT 2

That on or about February 21, 2025, near Billings, within Yellowstone County, and elsewhere, in the State and District of Montana, the defendant, CARLOS ALEXIS PONCE-LOPEZ, an alien and citizen of Honduras, was found in the United States after having been denied admission, excluded, deported, and removed in or about August 2014, and without having obtained the express consent

2

of the Attorney General and the Secretary of the Department of Homeland Security to reapply for admission, in violation of 8 U.S.C. § 1326(a).

## COUNT 3

That on a certain date between on or about May 5, 2023, and on or about February 21, 2025, at an unknown location, the defendant, PORFIRIO ALEXANDER SUAREZ, an alien and citizen of Venezuela, knowingly and unlawfully entered into the United States at a place not designated by immigration officers as a lawful Port of Entry of the United States for the entrance of immigrants into the United States, and was thereafter located within the United States on or about March 4, 2025, at or near Shelby, in Toole County, and elsewhere, in the State and District of Montana, in violation of 8 U.S.C. §§ 1325(a)(1) and 1329.

## COUNT 4

That on a certain date between on or about October 1, 2023, and on or about February 21, 2025, at an unknown location, the defendant, KLEDYBER GABRIEL DIAZ-RIVAS, an alien and citizen of Venezuela, knowingly and unlawfully entered into the United States at a place not designated by immigration officers as a lawful Port of Entry of the United States for the entrance of immigrants into the united States, and was thereafter located within the United

States on or about March 4, 2025, at or near Shelby, in Toole County, and elsewhere, in the State and District of Montana, in violation of 8 U.S.C. §§ 1325(a)(1) and 1329.

    A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney