UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS ALEXIS PONCE-LOPEZ<br><br>Defendant. | CR-25-34-GF-BMM<br><br>FINDINGS AND RECOMMENDATION CONCERNING PLEA |

Defendant Carlos Ponce-Lopez (Ponce-Lopez) has appeared before me by consent under Fed. R. Crim. P. 11 and has entered a plea of guilty to Illegal Reentry as charged in count 2 of the indictment.

After examining the Ponce-Lopez under oath, I make the following determinations:

1. Ponce-Lopez is fully competent and capable of entering an informed and voluntary plea;

2. Ponce-Lopez is aware of the nature of the charge against him and consequences of pleading guilty to the charge;

3.  Ponce-Lopez fully understands her constitutional rights and the extent to which he is waiving those rights by pleading guilty; and

4.  Ponce-Lopez's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact sufficient to prove each of the essential elements of the count charged.

The Court further concludes Ponce-Lopez had adequate time to review the Plea Agreement with counsel, he fully understands each and every provision of the Plea Agreement, and all of the statements in the Plea Agreement are true. Therefore, I recommend that Ponce-Lopez be adjudged guilty of the charge of Illegal Reentry as charged in count 2 of the indictment, and that sentence be imposed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report**.

DATED this 25nd day of April, 2025.

_____
John Johnston
United States Magistrate Judge